## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ANN BERRY,

       Plaintiff,

                                 **CASE NO. 2:11-CV-0514-JCH-GBW**

vs.

FRANK T. BRYANT, MD, SOUTHWEST
ORTHOPAEDICS, P.C., CHRISTIAN SCHLICHT,
D.O., GERALD CHAMPION REGIONAL MEDICAL
CENTER, OTERO COUNTY HOSPITAL
ASSOCIATION; QUORUM HEALTH RESOURCES
LLC; TRIAD HEALTHCARE CORP., TRIAD
HOSPITALS; CHS/COMMUNITY HEALTH
SYSTEMS; COMMUNITY HEALTH SYSTEMS
PROFESSIONAL SERVICES CORP.; AND WHITE
SANDS HEALTH CARE SYSTEMS, LLC;

       Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, through counsel Lisa K. Curtis, and Defendant Quorum Health Resources, LLC, through counsel Joe L. McClaughtery, stipulate to the dismissal with prejudice of this matter for the reason that matters in this case have been settled.

Dated:  October 22, 2018.

*Attorneys for Plaintiff*

CURTIS AND LUCERO
215 CENTRAL AVENUE NORTHWEST
THIRD FLOOR
ALBUQUERQUE, NM 87102
T  505-243-2808    F  505-242-0812
lisa@curtislawfirm.org

Electronically signed
*/s/ Lisa K. Curtis*
Lisa K. Curtis

And

*Attorney for Quorum Health Resources, LLC*

McCLAUGHTERY & SILVER, P.C.
P. O. Box 8680
Santa Fe, NM 87504-8680
Tel: (505) 988-8804
*office@mcsilverlaw.com*


 */s/ Joe L. McClaughtery*
Joe L. McClaughtery


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of October, 2018, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Joe L. McClaughtery, Esq.*
Joe L. McClaughtery, Esq.


3743005_1.docx

2